

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00247-CV

| | | |
|---|---|---|
| DONALD WAYNE STEVENS, Appellant | § | On Appeal from the 97th District Court |
| V. | § | of Archer County (2021-0149A-CV) |
| | § | December 15, 2022 |
| THE STATE OF TEXAS, Appellee | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment a take-nothing judgment against the State.

It is further ordered that appellee The State of Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker